1150 

No. 94–9254. ROBINSON v. SCOTT, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A.
5th Cir. Certiorari denied. 

No. 94–9256. WEXLER v. UNITED STATES. C. A. 2d Cir.
Certiorari denied. 

No. 94–9259. WALKER v. UNITED STATES. C. A. 6th Cir.
Certiorari denied. 

No. 94–9260. WILLIAMSON v. UNITED STATES. C. A. 11th Cir.
Certiorari denied. 

No. 94–9262. MURPHY v. ANGELONE, DIRECTOR, VIRGINIA DE-
PARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 94–9267. CARROLL ET AL. v. UNITED STATES. C. A. 11th
Cir. Certiorari denied. 

No. 94–9268. ARROYO-ANGULO v. UNITED STATES. C. A. 3d
Cir. Certiorari denied. 

No. 94–9271. LUCAS v. SWINSON, WARDEN. C. A. 3d Cir.
Certiorari denied.

No. 94–9273. LOCKETT v. MISSISSIPPI. Sup. Ct. Miss. Cer-
tiorari denied. 

No. 94–9274. LOCKETT v. MISSISSIPPI. Sup. Ct. Miss. Cer-
tiorari denied. 

No. 94–9280. MORRIS v. UNITED STATES; and
No. 94–9321. MALONE v. UNITED STATES. C. A. 5th Cir.
Certiorari denied. Reported below: 46 F. 3d 410.

No. 94–9283. SMITH v. UNITED STATES. Ct. App. D. C. Cer-
tiorari denied.

No. 94–9284. CHRISTOPHER v. UNITED STATES. C. A. 11th
Cir. Certiorari denied. 

No. 94–9286. GARCIA-RICO v. UNITED STATES. C. A. 5th Cir.
Certiorari denied. 

No. 94–9295. FORD ET AL. v. UNITED STATES. C. A. 4th Cir.
Certiorari denied.